# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D16-4799
_____

JORGE PIEKAREWICZ and J. D.
RAYBURN,

   Appellants,

   v.

KILLEARN HOMES ASSOCIATION,
INC., UNITED NATIONAL BANK,
and PALMETTO CLUB
PROPERTIES LIMITED
PARTNERSHIP,

   Appellees.

_____


On appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

January 31, 2018

PER CURIAM.

   AFFIRMED.

ROBERTS, MAKAR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Mark G. Lawson and James C. Dinkins, Mark G. Lawson, P.A., Tallahassee, for Appellants.

Daniel E. Manausa, Manausa Law Firm, P.A., Tallahassee, for Appellees.